**Order filed September 30, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00427-CV

———————

## IN THE INTEREST OF C.U.D., S.L.D., A/K/A S.D., J.P.J.D., K.K.J.D., AND A.E.D., II, CHILDREN

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-37155**

---

## ORDER

The clerk's record does not contain a copy of a final judgment. However, the record in appeal no. 14-21-00538-CV evinces that a final judgment was signed in the underlying trial court proceeding on September 14, 2021. Accordingly, the trial court clerk is ordered to file a supplemental clerk's record in this case within **5 days** of the date of this order, containing the judgment signed September 14, 2021.


PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.